## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION FOR ACCESS    :
TO VIDEO EXHIBITS    :
    :        **Case No: 21-mc-00076 (TJK)**
    :
    :

## RESPONSE TO APPLICATION FOR ACCESS TO VIDEO EXHIBTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in compliance with the Court's June 15, 2021, Minute Order, hereby responds to the Application for Access to Video Exhibits (Doc. 1). Petitioners, which represent several media companies, seek access to video evidence submitted to the Court during pretrial detention litigation in *United States v. Charles Donohoe*, 1:21-cr-175-4 (TJK), pursuant to the procedure outlined by the Chief Judge in Standing Order 21-28 (BAH).

The government has conferred with counsel for defendant Donohoe. Subject to the clarification below regarding the video exhibits submitted to the Court, the government and defendant Donohoe do not object to the release of the videos in accordance with the procedure outlined by the Chief Judge. *See* Standing Order 21-28 (BAH), at 6.   Likewise, the parties to the criminal case do not object to Petitioners' request for permission to record, copy, download, retransmit, and otherwise further publish the video exhibits.

The government and defendant Donohoe's response to Petitioners' application is subject to the following clarification regarding the video exhibits to be released.   Petitioners' application identifies two government filings in the criminal case that reference video evidence, and the application generally seeks access to such "video exhibits." Doc. 1 at 2-3. To be clear, although the filings in the criminal case describe video evidence, the filings do not refer to exhibits, and the

government did not submit any video evidence (as exhibits or otherwise) with its filings.   On April

14, 2021, however, in the course of the detention litigation and in advance of a hearing that

occurred on April 21-22, 2021, the government did submit to the Court three videos, identified by

the government as Exhibits A, B, and C.   Accordingly, and with the agreement of defendant

Donohoe, the government will make those video exhibits available to Petitioners, consistent with

Standing Order 21-28.

<div style="margin-left:40%">

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


By:     */s/ Luke M. Jones*
        LUKE M. JONES, VA Bar 75053
        Assistant United States Attorney
        District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-7066
        Luke.Jones@usdoj.gov

</div>